**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| **v.** | ) | **No.:** | **2:19-CR-00001** |
| | ) | | |
| **BRANDON LEE RUNYON** | ) | | |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

_____

Your petitioner, the United States of America, by J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Defendant is now in the custody of the Jailer at the Haynesville Correctional Center, in Haynesville, Virginia, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant in this District the above-captioned case, which is set for Initial Appearance on June 17, 2019, at 1:30 p.m., or for his case to be otherwise disposed of upon said indictment heretofore returned against him in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Jailer of the Haynesville Correctional Center, in Haynesville, Virginia, commanding him to produce the said Defendant before this Court at the

time and place aforesaid for the purpose aforesaid, and that if the said Jailer of the Haynesville Correctional Center, in Haynesville, Virginia, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Defendant into his custody and possession at said Haynesville Correctional Center, in Haynesville, Virginia and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Jailer of the Haynesville Correctional Center, in Haynesville, Virginia as aforesaid.

J. DOUGLAS OVERBEY
United States Attorney

By:     S/ *Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney