UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:19-CR-1 |
| | ) | |
| BRANDON LEE RUNYON | ) | |

### U.S.S.G. § 3E1.1(b) MOTION

Comes the United States of America and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ *Robert M. Reeves*
ROBERT M. REEVES
Assistant U.S. Attorney
BPR: 011110
220 West Depot Street, Ste. 423
Greeneville, TN 37743
robert.reeves@usdoj.gov
423/639-6759